# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212) 481-1000

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212) 481-4853

Leticia Silva
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-20

January 3, 2020

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*So ordered. The sentencing is hereby adjourned to February 10, 2020, at 11:00 am.*
*/s/ Alvin K. Hellerstein*
*1-6-20*

Re:   USA v. Juan Rivas-Marichal
      19 Cr. 569 (AKH)

Dear Judge Hellerstein,

Our office represents the defendant Mr. Juan Rivas-Marichal in the above referenced matter. Mr. Rivas-Marichal has a Sentencing hearing scheduled for Thursday, January 9, 2020 at 11:00AM.

I will be engaged in the matter of People v. Erick Sanchez, before the New York Supreme Court.

I respectfully request an adjournment of the Sentencing for Mr. Rivas-Marichal to January 23, 2020, or any date thereafter convenient to the Court.

The government, by way of A.U.S.A. Aline Flodr, consent to this request.

Thank you for your consideration.

Sincerely,
/S/
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates
Attorney for Defendant,
Juan Rivas-Marichal

Cc:   A.U.S.A. Aline Flodr