UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,
                      Plaintiff,

-v.-

JUAN RIVAS-MARICHAL, a/k/a "Isaac",

                     Defendant.
------------------------------------------------------------ X

**ORDER REGULATING PROCEEDINGS**

19 Cr. 569 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing hearing scheduled for February 10, 2020 is hereby adjourned to February 24, 2020, at 11:00 am.

SO ORDERED.

Dated: February 10, 2020
       New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-20

1