**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd Street
6th FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

August 3, 2021

So ordered
8-3-21
/s/ A.K. Hellerstein

**By ECF**
Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Juan Rivas-Marichal**
**19 Cr 569 (AKH)**

Dear Judge Hellerstein:

I represent Juan Rivas-Marichal, the defendant in the above-captioned matter. I write requesting that the Court amend the terms of his supervised release and allow him to go to the Domincan Republic to visit his father for one month.

Mr. Rivas-Marichal was sentenced to a period of 18 months incarceration on February 26, 2020, to be followed by a three-year period of supervise release. Mr. Rivas-Marichal was released from prison on August 31, 2020. He has been on supervised release since that time, residing in Yonkers, and his ability to work as a barber has been greatly impacted by the pandemic. Since his release from prison, he has been fully compliant with all the conditions of release.

Mr. Rivas-Marichal's father, Juan Antonio Rivas Rivas, is a farmer, who raises livestock and chickens on a farm situated in the province of Montecristi. He resides at Calle Juan de la Cruz Alavarez, Casa # 11, Barrio Santa Barbara, Montecristi. Mr. Rivas-Marichal's father suffers from hypertension and diabetes and within the past few months he injured his foot, which impacts his ability to work on the farm. A gruesome photograph of the defendant's father's foot was sent to the Government and Probation, confirming the extent of his injury. The defendant would like to go help his father on the farm from August 15, 2021, to September 15, 2021, while his father's foot continues to heal.

I have conferred with Probation Officer Christina Alexander (by email) and with AUSA Alinne Flodr and Probation and the Government do not object to this request. If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this

1

letter, temporarily amending the conditions of supervised release. Mr. Rivas-Marichal will check in weekly by email with his Probation Officer and will immediately notify Probation upon his return.

Thank you for your consideration in this matter.

Respectfully,

Daniel S. Parker

Cc; all parties (by ECF and email)