**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                              FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                             DanielParker@aol.com

January 11, 2022

**By ECF and email**
Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is approved. So ordered.
/s/ Alvin K. Hellerstein
January 13, 2022

Re: **United States v. Juan Rivas-Marichal**
19 Cr 569 (AKH)

Dear Judge Hellerstein:

    I represent Juan Rivas-Marichal, the defendant in the above-captioned matter. I write requesting that the Court amend the terms of his supervised release and allow him to go (a second time) to the Dominican Republic to visit and assist his father for one month.

    He will leave as soon as possible if permission is granted.

    I have spoken with AUSA Aline Flodr and Probation Officer Christina Alexander and both of them do not oppose this request.

    In August 2021, this Court entered a similar order (Dkt. 32), granting a similar request.

    Mr. Rivas-Marichal was sentenced to a period of 18 months incarceration on February 26, 2020, to be followed by a three-year period of supervise release. Mr. Rivas-Marichal was released from prison on August 31, 2020.  Since his release from prison, he has been fully compliant with all the conditions of release.

    Mr. Rivas-Marichal's father, Juan Antonio Rivas Rivas, is a farmer, who raises livestock and chickens on a farm situated in the province of Montecristi. He resides at Calle Juan de la Cruz Alavarez, Casa # 11, Barrio Santa Barbara, Montecristi. Mr. Rivas-Marichal's father suffers from hypertension and diabetes and continues to have difficulty working his farm. He was previously involved in a serious accident involving his foot.

1

Mr. Rivas-Marichal's father needs his son's assistance immediately.

Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter, temporarily amending the conditions of supervised release and allow Mr. Rivas-Marichal to go to the Dominican Republic forthwith and stay at his father's residence for one month. Mr. Rivas-Marichal will check in weekly by phone or email with his Probation Officer and will immediately notify Probation upon his return.

Thank you for your consideration in this matter.

Best wishes to Your Honor, your court staff, and all parties for a healthy New Year.

Respectfully,

Daniel S. Parker

Cc: All parties by ECF and email