## PARKER AND CARMODY, LLP
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                          TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                           FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                       DanielParker@aol.com

February 1, 2022

**By ECF and email**
Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. So ordered.
> /s/ Alvin K. Hellerstein
> February 3, 2022

**Re: <u>United States v. Juan Rivas-Marichal</u>**
**19 Cr 569 (AKH)**

Dear Judge Hellerstein:

I represent Juan Rivas-Marichal, the defendant in the above-captioned matter. I write requesting that the Court issue an order amending the terms of his supervised release and allow him to extend his stay in the Dominican Republic by two weeks to assist his father for one month.

I have communicated with AUSA Aline Flodr and Probation Officer Christina Alexander and both of them do not oppose this request.

On January 1, 2021, this Court entered an order (Dkt. 33), granting Mr. Rivas' request to go to the Dominican Republic for one month to help his father on his father's farm. Mr. Rivas' father needs his assistance for two more weeks.

I respectfully request that the Court extend Mr. Rivas' permission to remain in the Dominican Republic until no later than February 28, 2022.

Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter, temporarily amending the conditions of supervised release and allow Mr. Rivas to stay at his father's residence until the end of February. Mr. Rivas will continue to check in weekly by phone or email with his Probation Officer and will immediately notify Probation upon his return.

Thank you for your consideration in this matter.

2

Respectfully,

Daniel S. Parker

Cc: All parties by ECF and email