**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

January 10, 2023

*So Ordered.*

*/s/ Alvin K. Hellerstein*
1-11-2023

**By ECF and email**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Juan Rivas-Marichal**
**19 Cr 569 (AKH)**

Dear Judge Hellerstein:

I represent Juan Rivas-Marichal, the defendant in the above-captioned matter. I write requesting that the Court amend the terms of his supercvised release and allow him to go (a third time) to the Dominican Republic to visit and assist his father for one month.

I have spoken communicated with AUSA Aline Flodr and Probation Officer Andrew Leung and both of them do not oppose this request.

With the Court's permission, Mr. Rivas-Marichal will go to the Dominican Republic between January 13, 2023 and return by February 20th. The Court has previously granted similar applications on two prior occasions.

Mr. Rivas-Marichal was sentenced to a period of 18 months incarceration on February 26, 2020, to be followed by a three-year period of supervise release. Mr. Rivas-Marichal was released from prison on August 31, 2020. Since his release from prison, he has been fully compliant with all the conditions of release. Mr. Rivas-Marichal's father needs Mr. Rivas-Marichal's assistance on his farm. He resides at Calle Juan de la Cruz Alavarez, Casa # 11, Barrio Santa Barbara, Montecristi. Mr. Rivas-Marichal will maintain contact with his Probation Officer pursuant to any directives issued to him by Officer Leung.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Respectfully,

Daniel S. Parker

Cc: All parties (by ECF and email)